IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RAY KENDERDINE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-cv-298 |
| | ) | |
| ESTES EXPRESS LINES, INC., | ) | |
| LEON MONAHAN, CARL KINCAID, | ) | |
| and ANGELA MOSLEY, | ) | |
|     Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants have moved to remand this case back to the Knox County Circuit Court because this court does not have subject matter jurisdiction [Doc. 6]. Diversity jurisdiction no longer exists in this case because the plaintiff, a Tennessee resident, has obtained service on defendant Angela Mosley, also a Tennessee resident. Accordingly, as this court lacks subject matter jurisdiction over this matter, defendants' motion to remand is **GRANTED** and this case is hereby **REMANDED** to the Knox County Circuit Court.

IT IS SO ORDERED.

                                                ENTER:

                                                   s/Thomas W. Phillips
                                               **UNITED STATES DISTRICT JUDGE**